IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                            CRIMINAL ACTION NO. 1:04CR162-P-D

ERIC BRADSHAW

**ORDER**

This cause is before the Court on the defendant's Motion to Continue [39]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for November 14, 2005. Counsel for the defendant represents in the motion that while he is negotiating a plea agreement with the government agreement that would also resolve pending state charges. The parties need additional time to work out the details of the agreement and obtain the approval of all interested parties. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from November 14, 2005 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [39] is GRANTED;

2. That the trial of this matter is continued until Tuesday, December 13, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from November 14, 2005 until December 13, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 22, 2005;

5. That the deadline for submitting a plea agreement is November 29, 2005.

SO ORDERED, this the 3rd day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE